

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| LINDA S. RESTREPO and CARLOS E. RESTREPO, d/b/a COLLECTIVELY RDI GLOBAL SERVICES and R&D INTERNATIONAL, | § § § | No. 08-13-00153-CV |
| | § | Appeal from the |
| Appellants, | § | County Court At law Number 5 |
| v. | § | of El Paso County, Texas |
| ALLIANCE RIGGERS & CONSTRUCTORS, LTD., | § § | (TC#2012-DCV-04523) |
| Appellee. | § | |

## **O R D E R**

Pending before the Court is Appellants' Emergency Motion For Stay of County Court At Law No. 5 Order Dated May 14, 2013 ("the Order"), seeking to stay the Order pending appeal. The motion is DENIED.

IT IS SO ORDERED THIS 24th day of May, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.

1